In the Matter of the Claim of MARY MCINTYRE, Respondent, *v.* HILLIARD HOTEL COMPANY et al., Appellants.

*Matter of McIntyre* v. *Hilliard Hotel Co.*, 171 App. Div. 958, reversed.

(Submitted April 17, 1916; decided May 2, 1916.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 22, 1915, which affirmed an award of the state workmen's compensation commission for the death of the claimant's husband. The deceased, at the time of the accident, was employed as an elevator oiler by the appellant hotel company. He appears to have been oiling a starting lever of one of the elevators, when the car accidentally started upward causing him to be crushed between the elevator car and the side of the shaft, resulting in his immediate death. The point raised by the appellant is that the deceased was not an employee designated in one of the forty-two groups specified in the Workmen's Compensation Law.

*Edward P. Mowton* for appellants.

*Egburt E. Woodbury, Attorney-General* (*E C. Aiken* of counsel), for respondent.

Order reversed, with costs, and claim dismissed on the opinion in *Matter of Wilson* v. *Dorflinger & Sons* (218 N. Y. 84).

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.